UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                     No. 4:20-cv-233-DPM

ARKANSAS FEDERAL CREDIT UNION
CASHIER'S CHECK NUMBER 35905
IN THE AMOUNT OF $62,633.16
PAYABLE TO U.S. MARSHALS SERVICE                        DEFENDANT

DECREE OF FORFEITURE

**1.** The United States has filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of this action. *Doc. 1 & 8*; 18 U.S.C. § 983; Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The defendant check—Arkansas Federal Credit Union Cashier's Check Number 35905 in the Amount of $62,633.16 Payable to U.S. Marshals Service—represents the proceeds of Blake Yoder's participation in a conspiracy to violate the Anti-Kickback Statute, as charged in Case No. 4:21-cr-10-LPR. Yoder has consented to the forfeiture of the check. Notice has been properly given. And no other person has filed a claim or answer or otherwise defended the action.

**2.** The United States' motion for an order of forfeiture, *Doc. 8*, is granted. The Court declares the cashier's check forfeited to the

United States. Title to this property is now vested solely in the United States. All prior claims in and against the defendant property are extinguished and declared void. The defendant property must be turned over to the United States and disposed of according to law.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 March 2020