# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:20-cv-233-DPM

ARKANSAS FEDERAL CREDIT UNION
CASHIER'S CHECK NUMBER 35905
IN THE AMOUNT OF $62,633.16
PAYABLE TO U.S. MARSHALS SERVICE            DEFENDANT

## JUDGMENT

The Court enters Judgment in favor of the United States and against the defendant cashier's check.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 March 2021